**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| BITKERN HPC GMBH, <br><br> *Plaintiff*, <br><br> v. <br><br> DYNAMICS LLC, a/k/a DYNAMICS MINING LLC, <br><br> *Defendant*. | Civil Case No. 2:23-cv-00232-JAW |

## JUDGMENT BY DEFAULT

The Defendant Dynamics LLC, a/k/a Dynamics Mining LLC ("Dynamics") having failed to plead or otherwise defend this action, and default having been entered against Dynamics by the Clerk of the Court on December 4, 2023 (ECF No. 10); and Plaintiff Bitkern HPC GmbH ("Bitkern") having moved before the Court for entry of judgment by default, pursuant to Fed. R. Civ. P. 55(b)(2), in the amount of $116,883.60 on January 11, 2024 (ECF No. 13); and the Court having held a damages hearing on March 18, 2024 where Bitkern appeared via videoconference with the Court's leave (ECF Nos. 20, 25) and presented testimony and documentary evidence of amounts owed to Bitkern from Dynamics in the above-referenced amount of $116,883.60 (ECF No. 24); and the Court finding that it has jurisdiction over the parties and the subject matter of this dispute, and further finding that Dynamics has failed to appear and therefore has defaulted; it is

ORDERED, ADJUDGED, and DECREED that, pursuant to the Court's Order issued this day (ECF No. 26), Plaintiff Bitkern recover from Defendant Dynamics LLC, a/k/a Dynamics

Mining LLC the sum of $116,883.60, plus interest according to law from the date of this judgment until the entire amount is paid.

SO ORDERED AND ADJUDGED this the 18th day of March, 2024.

/s/ John A. Woodcock, Jr.
JOHN A.WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE